### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF GEORGIA
### ATHENS DIVISION

| | | |
|---|---|---|
| **ANGLETTE MALLORY,** | : | |
| | : | |
| **Plaintiff,** | : | |
| **v.** | : | |
| | : | **Case No. 3:13-CV-74 (CAR)** |
| **CAROLYN W. COLVIN,** | : | |
| **Commissioner of Social Security,** | : | |
| | : | |
| **Defendant.** | : | |
| _____ | : | |

### ORDER ON THE REPORT AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is the United States Magistrate Judge's Report and Recommendation [Doc. 26] to grant Plaintiff's Motion for Attorney's Fees under the Social Security Act, 42 U.S.C. § 406(b).  Defendant has not filed an objection to the Recommendation, and the time in which to do so has now expired.  Having reviewed the Report and Recommendation, this Court agrees with the findings and conclusions of the Magistrate Judge.  Thus, the Recommendation [Doc. 26] is hereby **ADOPTED** and **MADE THE ORDER OF THE COURT**.  As a result, Plaintiff's Motion for Attorney's Fees [Doc. 24] is **GRANTED** in the amount of $14,026.50. Furthermore, Plaintiff's counsel is **DIRECTED** to refund to Plaintiff the fee of $7,060.47 previously awarded under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

**SO ORDERED,** this 24th day of August, 2016.

<u>S/ C. Ashley Royal</u>
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

CML